[No. 47812-9-II.   Division Two.   December 13, 2016.]

DREW OTA ET AL., *Appellants*, v. PIERCE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-02637-3, Erik D. Price, J., entered June 26, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Worswick, J.

[No. 47859-5-II.   Division Two.   December 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD JUNIOR PINKNEY III, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-1-01049-8, Gary R. Tabor, J., entered July 29, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Melnick and Sutton, JJ.

[No. 47873-1-II.   Division Two.   December 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY LEE NOBLE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 15-1-00548-9, Sally F. Olsen, J., entered July 31, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.

[No. 48175-8-II.   Division Two.   December 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CAMERON LEE CHUDY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-01683-2, James R. Orlando, J., entered October 16, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Maxa, A.C.J., and Melnick, J.